IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00722-RBJ

GREGORY P. FRYE,

    Applicant,

v.

TOM CLEMENTS, Executive Director CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record in *People v. Frye*, El Paso County District Court Case Nos. 07CR4329 and 07CR4363, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    El Paso County District Court
            P.O. Box 2980
            Colorado Springs, CO 80901

 (2) Court Services Manager

   State Court Administrator's Office
   101 W. Colfax, Ste. 500
   Denver, Colorado  80202.

DATED this 3rd day of January, 2013.

        BY THE COURT:

        *[signature]*

        R. BROOKE JACKSON
        United States District Judge