IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00722-RBJ

GREGORY P. FRYE,

    Applicant,

v.

TOM CLEMENTS, Executive Director CDOC, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO JOHN SUTHERS,

    Respondents.

---

ORDER DENYING MOTIONS

---

    This matter is before the Court on the motions filed *pro se* by Applicant, Gregory P. Frye, on January 16, 2013. The motions are a "Motion for Loan of Record" (ECF No. 36) and "Motion to Proceed In Forma Pauperis." ECF No. 35.

    In the motion seeking a loan of the record in this case, Mr. Frye cites to 28 U.S.C. § 2250 as support for his general request to be provided at no cost with a copy on compact disk of the state court record in *People v. Frye*, El Paso County District Court Case Nos. 07CR4329 and 07CR4363. Respondents were ordered on January 3, 2013, to file an answer (ECF No. 34) and the state court record (ECF No. 32) with this Court within thirty days. Neither has been filed as of the date of this order. In the motion seeking leave to proceed *in forma pauperis*, Mr. Frye asks for a copy of the state court record at no charge.

    Mr. Frye has failed to cite to any authority, and the Court is not aware of any, that requires this Court to provide him with a copy of the state court record at no charge. Section 2250 merely requires the clerk of the Court to provide a habeas corpus applicant with certified

copies of the state court record, or parts of the record, *as required by the order of the judge before whom the application is pending.* 28 U.S.C. § 2250 (emphasis added). Moreover, Rule 5(c) of the Rules Governing Section 2254 Cases in the United States District Courts only requires respondents, if ordered by the judge, to furnish the record to the Court, but does not require respondents to furnish the record to an applicant. In any event, because Respondents have not yet filed an answer or the state court record, Mr. Frye's request is premature. Therefore, the "Motion for Loan of Record" (ECF No. 36) and "Motion to Proceed In Forma Pauperis" (ECF No. 35) will be denied.

Accordingly, it is

ORDERED that the "Motion for Loan of Record" (ECF No. 36) and "Motion to Proceed In Forma Pauperis" (ECF No. 35) that Applicant, Gregory P. Frye, filed *pro se* on January 16, 2013, are denied as premature. It is

FURTHER ORDERED that a copy of this order be mailed to Mr. Frye at both the temporary address he provided on January 16, 2013 (ECF No. 37), i.e., the El Paso County Criminal Justice Center, 2739 East Las Vegas Street, Colorado Springs, Colorado 80906, and at the Kit Carson Correctional Center in Burlington, Colorado, where he otherwise is incarcerated.

DATED this 17th day of January, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge